# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Debra Seuell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15-cv-00902 UNA |
| ) | |
| Transcend Services, Inc., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above styled and numbered case was filed on June 8, 2015 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:15-cv-00108.

**IT IS FURTHER ORDERED** that cause number 4:15-cv-00902UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: June 9, 2015            By: /s/ Michele Crayton
                                   Deputy In Charge

**In all future documents filed with the Court, please use the following case number 1:15cv00108 SNLJ.**